UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOHAMMED MUTHANA, et al.,<br><br>　　　　Defendants. | No.  1:21-cv-01333-JLT-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT MOHAMMED MUTHANA<br><br>(Doc. 18)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT<br><br>(Docs. 12, 17) |

On April 15, 2022, Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant Mohammed Muthana, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 18.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed his notice before Defendant Mohammed Muthana served either an answer or a motion for summary judgment. (*See* Docket.) As such, Plaintiff has voluntarily dismissed Mohammed Muthana without prejudice, and this case has automatically terminated as to that defendant. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Mohammed Muthana.[1]

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated:   **April 18, 2022**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] On January 24, 2022, Plaintiff filed a motion for default judgment against Defendant Mohammed Muthana. (Doc. 12.) On April 8, 2022, the undersigned issued findings and a recommendation that the motion for default judgment be denied without prejudice. (Doc. 17.) In view of Plaintiff's notice of voluntary dismissal of Defendant Mohammed Muthana, the April 8, 2022, findings and recommendation (Doc. 17) are hereby WITHDRAWN, and Plaintiff's motion for default judgment against Defendant Mohammed Muthana (Doc. 12) is DENIED as MOOT.

2