1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DARREN GILBERT,                              Case No.  1:21-cv-01333-JLT-SKO

                         Plaintiff,                **ORDER ADOPTING FINDINGS AND**
12                                                 **RECOMMENDATION THAT**
                                                   **PLAINTIFF'S MOTION FOR DEFAULT**
13          v.                                     **JUDGMENT BE GRANTED IN PART**

14                                                 (Docs. 12, 24)

      MOHAMMED MUTHANA and SALEH
15    MUTHANA,

16                        Defendants.

17    _____/

18

19         Darren Gilbert alleges Mohammed Muthana violated Title III of the Americans with

20   Disabilities Act, the California Unruh Act and California Health & Safety Code §§ 19955, 19959.[1]

21   (Doc. 1.)  He sought default judgment against Muthana after he failed to respond to the complaint.

22   (Doc. 12).

23         The assigned magistrate judge issued findings and recommendations that the motion be

24   granted in part, with a reduction in the amount of attorney's fees to be awarded.  (Doc. 24.)

25   Neither party objected.

26         According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the

27   case.  Having carefully reviewed the entire file, the Court finds that the findings and

28
_____

[1] Plaintiff voluntarily dismissed his claims against Saleh Muthana without prejudice on April 28, 2022.  (*See* Doc. 22.)

1    recommendation are supported by the record and proper analysis. Thus, the Court **ORDERS**:

2        1.    The findings and recommendation issued June 21, 2022 (Doc. 24), are **ADOPTED**

3              **IN FULL**.

4        1.    Plaintiff's motion for default judgment (Doc. 12) is **GRANTED IN PART**, with

5              the hourly reductions recommended by the magistrate judge.

6        2.    Defendant is found and declared to be in violation of Title III of the Americans

7              with Disabilities Act.

8        3.    Plaintiff is awarded $4,000, plus $2,313.50 in attorney's fees and $536.40 in costs,

9              for a total award of $6,849.90.

10       4.    Defendant is ordered to make the following modifications to the property known as

11             Levi's Tobacco & More, located at 241 7th Street in Modesto, California, such that

12             each item is brought into compliance with the accessibility requirements of the

13             Americans with Disabilities Act and California Code of Regulations, Title 24, as

14             follows:

15             a.    Provide a properly configured and identified accessible parking stall with

16                   adjacent access aisle, which shall be free of excessive slopes, height

17                   changes, and openings in the walking surface; and

18             b.    Provide and maintain a properly configured accessible route of travel from

19                   the designated accessible parking stall to the entrance.

20       5.    The Clerk of the Court is directed to enter judgment in Plaintiff's favor and

21             **CLOSE** this case; and

22       6.    Plaintiff is directed to mail a copy of this order to Defendant at his last known

23             address.

24

25   IT IS SO ORDERED.

26   Dated:   **July 25, 2022**
                                                    UNITED STATES DISTRICT JUDGE
27

28